FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 20 2011
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

CASE NO. 1:11CV00117 JLH/HDY

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: Micheal Elias Cohen
ADC # 140543

Address: 300 Corrections Dr. NewPort, Ar. 72112

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge _____
and to Magistrate Judge _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Billy Cowell

Position: Health Services Administrator

Place of employment: Scott Grimes Unit

Address: 300 Corrections Dr. NewPort, Ar. 72112

Name of defendant: Ashley Bagwell

Position: R.N. / Director of Nurses

Place of employment: Scott Grimes Unit

Address: 300 Corrections Dr. NewPort, Ar. 72112

Name of defendant: Melvin Nance

Position: Doctor

Place of employment: Scott Grimes Unit

Address: 300 Corrections Dr. NewPort, Ar. 72112

Name of defendant: Jennifer G. Horn

Position: L.P.N's

Place of employment: Scott Grimes Unit

Address: 300 Corrections Dr. NewPort, Ar. 72112

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ✓

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐   Court (if federal court, name the district; if state court, name the county):

    ☐    Docket Number: _____

    ☐    Name of judge to whom case was assigned: _____

    ☐    Disposition: (for example: Was the case dismissed?  Was it appealed? Is it still pending?) _____

    ☐    Approximate date of filing lawsuit: _____

    ☐    Approximate date of disposition: _____

IV.  Place of present confinement: **Scott Grimes Unit 300 Corrections Dr. NewPort, Ar, 72112**

V.   At the time of the alleged incident(s), were you: (check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI.  The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_  No ___

. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _✓_  No ___

If not, why? _____

VII.  Statement of claim

State here (as briefly as possible) the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Mr. Billy Cowell has failed to make that his R.P.N's, or L.P.N's treated me. I'm Sicle Cell Anemia, and I have never been seen not one time for it. I have a bleeding problem that's being going on for a long period of time. My Constititional Infirmary Right (10.3) to Medical Aide has been vidated, as well as the USC §42), under the Federal Institutionalized Person Health & Safe Care Act.

Ms. Ashley Bagwell fail to make sure that I was being seen on Chornic Care about my Sickle Cell and she also told me that I wasn't Sickle Cell Anemia, until I told her to look into my Medical Jacket. She also have vidated my Constitutional Infirmary Right (10.3) to Medical Aide.

Ms. Jennifer G. Horn, change my Medical Restrictions, without consulting with Dr. Nance first, while I'm surpose to be seen by a Dr. about why I'm bleeding.

Dr. Melvin Nance, has fail to see me for my problems, he has failed to make sure that I'm getting the right treatment that I surpose to recieved. Dr. Nance has been giving me the run around. When it's time to see him I always see's a L.P.N's

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like a Settlements of amount of $2,500,000 and my medical problem taken care of.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this  9  day of  Nov         , 20 11 .

_____
Michael E. C[...]
Signature(s) of plaintiff(s)

Revised 03/19/09

11-2-11

Ms. Wendy Kelley, I'm writing this letter to inform you that Here at Scott Grimes Unit. Medical are violating my Due-Process Right by not giving me my Grievance back within the 5 working days that I have to send my Grievance in. Maam, I'm really trying to get my Medical Conditions taken care of, but Medical are denieding me Medical care. Maam, is there anything you can do to help me. I really need it. Nurse Horn said that it's don't matter how long it been. I still can send it out.

Thank You

Michael E. Cohen



RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

NOV 0 3

HEALTH & CORRECTIONAL PROGRAMS

IGTT405                                                                                                                                  Attachment V
3GT

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO: Inmate Cohen, Michael E.        ADC #: 140543B

FROM: Kelley, Wendy L            TITLE: Deputy Director

RE: Receipt of Grievance GR-11-01140     DATE: 12/02/2011

Please be advised, the appeal of your grievance dated 08/19/2011 was received in my office on this date 12/02/2011

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

☒ The time allowed for appeal has expired

☒ The matter is non-grievable and does not involve retaliation:

    ☒ (a) Parole and/or Release matter

    ☒ (b) Transfer

    ☒ (c) Job Assignment unrelated to medical restriction

    ☒ (d) Disciplinary matter

    ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law

    ☒ (f) Involves an anticipated event

☒ You did not send all the proper Attachments:

    ☒ (a) Unit Level Grievance Form (Attachment 1)

    ☐ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)

    ☒ (c) Did not give reason for disagreement with Response on Attachment III or IV

    ☒ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date

    ☒ (e) Unsanitary form(s) or documents received

    ☒ (f) Other

*YOUR FAILURE TO FOLLOW POLICY RESULTED IN THIS APPEAL BEING REJECTED AND MARKS THE END OF THE APPEAL PROCESS FOR THIS GRIEVANCE. DO NOT RESUBMIT THESE DOCUMENTS*

IGTT405                                                                             Page 1 of 1

Let the Record reflect C.M.S. will be notified concerning Received Grievance Medical Appeal. An affidavit AUG 25 2011 be filed.

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center: Scott Grimes Unit

Name: Michael E. Cohen

Grimes Unit

ADC#: 140543   Brks #: 6 brks   Job Assignment: Hoe Squad

**FOR OFFICE USE ONLY**
GRV. #: GR-11-01140
Date Received: 8-25-11
GRV. Code #: 600

8-19-11 (Date) **STEP ONE:** Informal Resolution

8-24-11 (Date) **STEP TWO:** Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: Because Mr. Cowell, Ms. Baswell, and Dr. Nance are violating my Rights. I also have Hepatitis-C.

8-19-11 (Date) **EMERGENCY GRIEVANCE** (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: Because I'm M-2 and Sickle Cell Anemia, and Hypertensive and Mr. Cowell violate my Constitution Rights.

Is this Grievance concerning Medical or Mental Health Services? Yes  If yes, circle one: **medical** or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I'm very grieved and highly disappointed because on 8-19-11, I went in front of Classification to get a job assignment, while I was in classification I address Medical Personnel about my medical issue that I have and I informed him that I'm Sickle Cell Anemia, but I have not been seen about this, nor have I been place on Cronic Care. I'm M-2 and Mr. Cowell allow the Committee to assign me Hoe Squad, when I have medical problems. Under the 10.3 Right to Medical Aide Complaints about medical treatment have included claims about the adequacy and nature of the medical care received, allegations of a total denial of Medical Care, Improper Care, Inadequate Care, and Conduct of adjudicate an inmate's complaint about medical treatment requires that a federal right be involved in the medical treatment Right to due process of law under the fifth or Fourteenth Amend. The due-process right has been couched in terms of the inmate's right to be free from an abuse of discretion on the part of prison administrators; protection from unconstitutional administrative action; protection of an inmate's life and health from administrative action. Right to be free from the infliction of cruel and unusual punishments as guaranteed by the Eighth Amendment.

RECEIVED DIRECTOR ARKANSAS DEPARTMENT OF CORRECTION

Michael E. Cohen  #140543                    8-19-11
Inmate Signature                             Date
NOV 28 2011
HEALTH & CORRECTIONAL PROGRAMS

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 8-19-11 (date), and determined to be Step One and/or an Emergency Grievance No (Yes or No). This form was forwarded to medical or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: ____  Date 8-19-11

Sgt Roger Tims     52028     Roger Tims                    8-19-11
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: Your job assignment does not violate your medical restrictions per AD 02-13. You are being followed in chronic care.

Henson  8/22/11                      Michael E. Cohen  8-22-11
Staff Signature & Date Returned       Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? ___ (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

INMATE NAME: Cohen, Michael E.        ADC #: 140543B        GRIEVANCE #: GR-11-01140

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(609) You state that you are M2 and should not be assigned to hoe squad.

Per AD 10-32 job assignments are not grievable unless they are in conflict with medical restrictions. You are M2 but have no restrictions that would prevent you from being assigned to hoe squad. Per AD 02-13 your job assignment does not violate your medical restrictions. Therefore this grievance is found to be without merit. Utilize the sick call process if you have further issues.

_Billy Cowell_                                _H.S.A._                         _9-23-11_
Signature of Health Services                  Title                            Date
Administrator/Mental Health Supervisor
or Designee

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? This is the second grievance that Medical has fail to give me in a reasonable time because they know that I have not been seen not one time for my Sickle Cell, and they know that I have all these problems and they still change my Job assignment

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

NOV 28 2011

HEALTH & CORRECTIONAL PROGRAMS

_Michael E. Cohen_                            _140543_                         _11-2-11_
Inmate Signature                              ADC#                             Date