# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MICHAEL ELIAS COHEN                                                                                    PLAINTIFF
ADC #140543

v.                                    NO. 1:11CV00117 JLH/HDY

BILLY COWELL, *et al.*                                                                             DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for an order is DENIED. Document #17.

DATED this 26th day of June, 2012.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE