IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

MICHAEL ELIAS COHEN　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #140543

V.　　　　　　　　　　　　NO: 1:11CV00117 JLH/HDY

BILLY COWELL *et al.*　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.　　Why the record made before the Magistrate Judge is inadequate.

2.　　Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.  The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff Michael Elias Cohen, who was formerly incarcerated at the Arkansas Department of Correction ("ADC"), filed a *pro se* complaint on December 20, 2011, raising clams of inadequate medical care. The Court held a pre-jury evidentiary hearing on November 19, 2012.

The evidentiary hearing was scheduled to begin at 11:00 a.m., but Plaintiff was not present at that time. Defendants were represented at the hearing by counsel. Out of an abundance of caution, the Court did not begin the hearing until approximately 11:30 a.m. Plaintiff was still not present, and made no contact with the Court prior to the hearing to explain his absence. At the hearing, Defendants orally moved for dismissal. Because Plaintiff failed to attend the hearing, Defendants' motion should be granted, and Plaintiff's complaint should be dismissed due to his failure to prosecute. Although the dismissal should be without prejudice, Plaintiff should not be allowed to reopen the case until he reimburses Defendants for the expenses they incurred as a result of the hearing.

IT IS THEREFORE RECOMMENDED THAT:

1.	Defendants' oral motion to dismiss be GRANTED, and Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE.

2.	This case not be reopened until Plaintiff has reimbursed Defendants for any expenses they incurred as a result of the hearing.

3.	The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this  19  day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE