### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

MICHAEL ELIAS COHEN                                                                                            PLAINTIFF
ADC #140543

v.                                            NO. 1:11CV00117 JLH

BILLY COWELL, *et al.*                                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' oral motion to dismiss is GRANTED, and plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2. This case will not be reopened until plaintiff has reimbursed defendants for any expenses they incurred as a result of the hearing.

3. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 11th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE